## WYLIE MFG. CO. v. CITY OF WANN.

No. 4335.   Opinion Filed November 4, 1913.

(136 Pac. 1196.)

*Error from District Court, Nowata County;*
*T. L. Brown, Judge.*

Action between the Wylie Manufacturing Company and the City of Wann. From the judgment the Wylie Manufacturing Company brings error. Reversed and remanded.

*Bernstein & Spiers,* for plaintiff in error.

*W. D. Humphrey,* for defendant in error.

PER CURIAM.   The plaintiff in error insists that the judgment of the lower court should be reversed and modified. The defendant in error confesses error, and asks that it be reversed and remanded for a new trial. The case will be reversed and remanded for a new trial.